UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05CR75 RWS |
| | ) | |
| DAVID LEROY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on defendant White's motion to suppress physical evidence.

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate David D. Noce. An evidentiary hearing was held on April 1, 2005, and thereafter Judge Noce filed his Report and Recommendation regarding the defendant's motion.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Noce set forth in support of his recommended rulings issued on April 26, 2005.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the

United States Magistrate Judge [#17] is **SUSTAINED, ADOPTED, and**

**INCORPORATED** herein.

     **IT IS FURTHER ORDERED** that defendant's motion to suppress physical

evidence  [#9] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 19th day of May, 2005.